IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -5 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:18-cv-01376-GPG

ADRIAN OHANIAN

Plaintiff(s),

v.

DOUGLAS COUNTY SHERIFFS OFFICE

Defendant(s).

---

PETITIONER ATTEMPT TO CURE DEFICIENCIES

---

Plaintiff, Adrian Ohanian, comes before this court to make court requested amendments and to make additional amendments. As requested by the court plaintiff party Zackari Parrish is to be terminated until a lawyer represents plaintiff parties, and plaintiff claims for damages will remain but shall be directed towards remaining plaintiff.

These defendant party addresses should be updated:
DENVER FIRST
2450 S. Vine Street,
Denver, CO 80208

EAN Holdings LLC
445 SW pine st
Portland, OR 97204

FEDERAL BUREAU OF INVESTIGATIONS
8000 E 36th Ave.
Denver, CO 80238

Plaintiff was not aware of the 30 page limit on civil complaints, and swears to not file future complaints exceeding this length. Petitioner will attempt to use correct forms in the future. A generic form could not be found for this filing on the website.

Dated: June 24a, 2018

---

Adrian Cal Ohanian
Plaintiff

s/__________________________

1225 S Zeno Cir Unit C
Aurora, CO 80017
(720) 990-1869
vocpnt@gmail.com

1225 S Zeno Cir Unit C
Aurora, CO 80017

DENVER
CO 802
02 JUL '18




Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

80294$2501 C044